IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DALE HUTT,

    Petitioner,        No. CIV S-05-2168 FCD DAD P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.        ORDER

/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On May 1, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. On May 4, 2006, the Clerk of the Court re-served the findings and recommendations on petitioner at the address provided by petitioner in a notice of change of address filed on October 6, 2005. Petitioner has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed May 1, 2006, are adopted in full; and

3       2.  Petitioner's application for a writ of habeas corpus is dismissed without

4 prejudice for failure to exhaust state court remedies.

5 DATED: June 6, 2006

          /s/ Frank C. Damrell Jr.
          FRANK C. DAMRELL JR.
          United States District Judge